# UNITED STATES DISTRICT COURT
for the

MIDDLE  District of TENNESSEE

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 3:17-00130-5 |
| DUSTIN McCRACKEN | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing and arraignment in this case is scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: | 661 |
|---|---|---|---|
| | | Date and Time: | July 19, 2017, at 1:30 pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 14, 2017

*Judge's signature*

JEFFERY S. FRENSLEY, US Magistrate Judge
*Printed name and title*